UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   23-cv-14203-AMC

JONATHAN SMITH,

        Plaintiff,

v.

MV REALTY PBC LLC,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jonathan Smith and Defendant MV Realty PBC, LLC (collectively the "Parties"), hereby provide notice that the Parties have reached a settlement of this matter in principle. The Parties are working on finalizing the terms of the settlement and anticipate filing a Stipulation for Dismissal with Prejudice within the next thirty (30) days.

Dated: September 5, 2023

By: */s/ John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com
*Attorney for Plaintiff*

Respectfully submitted,

By:  */s/Cory E. Eichhorn*
Cory W. Eichhorn
cory.eichhorn@hklaw.com
Florida Bar No. 576761
Benjamin J. Tyler
benjamin.tyler@hklaw.com
Florida Bar No. 1003552
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
*Attorneys for Defendant*